U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 2 2005

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | DOCKET NO. 1:04 CV 2532 |
| | SECTION P |
| VS. | JUDGE DRELL |
| WINN CORR. CENTER, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as frivolous** and as to the disciplinary challenge claim, **DENIED AND DISMISSED WITH PREJUDICE as frivolous** until Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 1st day of September, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE